CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJW
APR 3 0 2010
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **BERNARD BARNETT,** | Civil Action No. 7:09-cv-00068 |
| Plaintiff, | |
| v. | **ORDER** |
| **TERRY O'BRIEN, et al.,** | By: Hon. Jackson L. Kiser |
| Defendants. | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's claims regarding colostomy supplies, surgery for his colostomy closure, the failure to identify his colon rupture, and the "sham" investigation are **DISMISSED without prejudice** for failing to exhaust administrative remedies; defendants' motion for summary judgment is **GRANTED**; plaintiff's motion for summary judgment is **DENIED**; all pending motions are **DENIED as moot**, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 30th day of April, 2010.

Jackson L. Kiser
Senior United States District Judge